UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE WHITEHEAD** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-6362** |
| **JAMES LEBLANC, ET AL.** | **SECTION: "E" (5)** |

## ORDER

The Court has considered the Petition, the record, the applicable law, the Report and Recommendation of the magistrate judge. The Petitioner has filed no objection to the Report and Recommendation. The findings of fact and conclusions of law of the magistrate judge are correct and his Report and Recommendation is adopted.[1]

**IT IS ORDERED** that the petition of Bruce Whitehead be and hereby is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 18th day of October, 2016.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 8.